MARÍA PUIG VIUDA DE CHANDRI, por sí y a nombre de sus menores hijos José y MARÍA CHANDRI PUIG, demandantes, apelantes y apelados *v.* RAMÓN SOTOMAYOR y su esposa CONCEPCIÓN FLORES SOLÁ y JUAN SOLÁ GONZÁLEZ y su esposa MANUELA FLORES SOLÁ, demandados y apelados los dos primeros.

No. 6329.—*Sometido:* Abril 11, 1934. *Resuelto:* Septiembre 29, 1934.

 

 

*González Fagundo & González, Jr.* y *José Puig Morales,* abogados de
los apelantes apelados; *Arturo Aponte* y *R. García Cintrón,* abo-
gados de los esposos *Sotomayor-Flores,* demandados y apelados.

El Juez Asociado Señor Hutchison, emitió la opinión del
tribunal.

Éste es otro aspecto del caso No. 6366, *Puig* v. *Solá
et als.,* ante, pág. 450. Doña María Puig y sus hijos menores
de edad iniciaron pleito en ejecución de hipoteca contra So-
tomayor y su esposa y las personas que de ellos adquirieron,
los actuales dueños de la finca hipotecada. Se solicitaba la
venta de la finca hipotecada y una sentencia por la diferen-
cia contra los deudores hipotecarios Sotomayor y su esposa.
Sotomayor presentó excepción previa fundado en la inde-
bida acumulación de causas de acción y de partes. El juez
de distrito sostuvo la excepción y los demandantes apelan
de una sentencia desestimatoria en lo que a Sotomayor
respecta.

Los apelados admiten que los demandantes podían ini-
ciar una acción contra Sotomayor en cobro de cualquier di-
ferencia existente después de la ejecución y venta de la finca
hipotecada, pero se fundan en el caso de *Malgor & Co.* v. *Clivi-
llés,* 42 D.P.R. 457, como autoridad para la contención de que
un acreedor hipotecario no puede obtener de un deudor hipo-
tecario una sentencia por la diferencia en un pleito ordinario
en cobro de una hipoteca otorgada sobre bienes que se ha-
llen en poder de dueños posteriores. La doctrina del caso
de Malgor, en tanto en cuanto tiende a sostener esta conten-
ción, fué abandonada en el de *Fernández* v. *Luyando,* 46 D.P.R.
687. Por otra parte, el caso de Fernández sirve de autori-

dad para el criterio de que un acreedor hipotecario puede obtener la venta de la finca hipotecada en manos de los actuales dueños adquirentes del deudor, así como una sentencia por la diferencia contra el deudor en un solo pleito. Véanse también 19 R.C.L. 667, sección 482, y *Moore* v. *Román Borges*, 46 D.P.R. 838.

*La sentencia apelada debe ser revocada y devolverse el caso para ulteriores procedimientos no inconsistentes con esta opinión.*

El Juez Asociado Sr. Aldrey disintió.*